IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DEBORAH LAUFER,

    Plaintiff,

v.      CV 320-039

SHANTEE HOSPITALITY LLC, a
Georgia Corporation,

    Defendant.

### ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 8.) Plaintiff and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of August, 2020.

UNITED STATES DISTRICT JUDGE